Charles M. Walker
U.S. Bankruptcy Judge
      Dated: 5/7/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **KENNETH EUGENE SHELTON** | ) | **CASE NO.  3:16-bk-07936** |
| | ) | **CHAPTER 13** |
| Debtor. | ) | **JUDGE CHARLES M. WALKER** |

## ORDER MODIFYING PLAN
## TO TEMPORARILY SUSPEND DEBTOR'S CHAPTER 13 PLAN PAYMENTS
## FOR A PERIOD OF 60 DAYS

Upon consideration of Debtor's Motion to Suspend Chapter 13 Plan Payments due to impact of COVID-19, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given.  It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period.  It is therefore:

ORDERED that the Debtor's Chapter 13 plan payments be suspended for a period of 60 days beginning on the date the motion was filed due to the impacts of COVID-19.  It is further

ORDERED that the Chapter 13 Trustee shall refund any funds received to the Debtor during the period of suspension.  It is further

ORDERED that after the period of suspension, the plan payments remain at $240.00 bi-weekly.  It is further

ORDERED that the guaranteed minimum dividend payable to the general unsecured creditors and the treatment of all secured creditors shall remain at 20%.  It is further

ORDERED that it is the obligation of the Debtor to make all future payments after the expiration of this temporary suspension in accordance with the confirmed Chapter 13 plan.  It is further

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved For Entry By:

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.